IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 89-00323 |
| Lance and Anne Lamb McFaddin | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER

The Motion of William T. Towles, for William T. Towles, is Denied for the following reasons: A check in the amount of $3,280.31 was disbursed to William T. Towles, in the care of Douglas Baum on March 29, 2001 per signed order by Judge Karen K. Brown.

Any unresolved financial procedural questions should by directed to the Financial Section of the Office of the Clerk of Court, attention Kathy Nguyen at 713-250-5545.

DONE at _____, Texas this the 18 day of July 2006.

UNITED STATES BANKRUPTCY JUDGE



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: McFaddin, Lance C. & §
McFaddin, Anne (Lamb)  §
  §  Case No: 8900323
Debtor(s)  §
  §
  §

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 2 8 2006
MICHAEL N. MILBY, CLERK OF COURT

## APPLICATION FOR PAYMENT OF DIVIDEND UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ✓ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| | |
|---|---|
| Name of Claimant | William T. Towles |
| Name of Business Entity | |
| Title of Officer/Representative (if claimant is a business entity) | |
| Mailing Address | 3400 Paces Forest Road NW |
| City Atlanta  State Georgia  Zip 30327-2240 | |
| Telephone Number: Home (   )              Work (   ) | |
| SS#              Tax ID# (for all business entities) | |
| Amount Being Claimed | $3,280.31 |

I, William T. Towles, do hereby state under penalty of perjury that I am legally entitled to claim these funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

June 21, 2006
Date

_William T. Towles_
Claimant Signature

Subscribed and Sworn to Before Me this 21st day of June 2006.

_Elizabeth Bracewell_
Notary Public
In and for the State of Georgia

My commission expires _____

ELIZABETH BRACEWELL
Notary Public, Fulton County, Georgia
My commission expires February 13, 2009

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

PASSPORT

UNITED STATES OF AMERICA

Type/Catégorie: P
Code of Issuing State / code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: 156362084

Surname / Nom: TOWLES
Given names / Prénoms: WILLIAM THOMAS
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 11 MAY/MAI 28
Sex / Sexe: M
Place of birth / Lieu de naissance: GEORGIA, U.S.A.
Date of issue / Date de délivrance: 05 JUN/JUN 97
Date of expiration / Date d'expiration: 04 JUN/JUN 07
Authority / Autorité: PASSPORT AGENCY NATIONAL PASSPORT CTR
Amendments/Modifications: SEE PAGE 24

P<USATOWLES<<WILLIAM<THOMAS<<<<<<<<<<<<<<<<
1563620847USA2805117M0706047<<<<<<<<<<<<<<8

6/22/06

| Form **1040** | Department of the Treasury -- Internal Revenue Service **U.S. Individual Income Tax Return** | **1989** | | |
|---|---|---|---|---|
| | For the year Jan.–Dec. 31, 1989, or other tax year beginning , 1989, ending · 9 | | | OMB. No. 1545-0074 |

Use IRS label. Otherwise, please print or type.

LABEL HERE

WILLIAM T. TOWLES
ELIZABETH S. TOWLES
3400 PACES FOREST RD NW
ATLANTA, GA  30327

Your social security no.: [redacted]
Spouse's social security no.: [redacted]

**Presidential Election Campaign**
Do you want $1 to go to this fund? ........................  Yes [ ]  No [X]
If joint return, does your spouse want $1 to go to this fund? .....  Yes [ ]  No [X]

Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act & Paperwork Reduction Act Notice, see instructions.

**Filing Status**
Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4. [ ] Head of household (with qualifying person). (See page 7 of Inst.) If qualifying person is your child but not your dependent, enter child's name here.
5. [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶19____). (See page 7 of Instructions.)

**Exemptions**
(See Instructions on page 8.)

6a. [X] Yourself  If someone (such as your parent) can claim you as a dependent on his/her tax return, do not check box 6a. But be sure to check box on line 33b on pg. 2.
b. [X] Spouse ..........................................................................

No. of boxes checked on 6a and 6b ▶ 2

c  Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of mo. lived in your home in 1989 |
|---|---|---|---|---|
| | | | | |

No. of your children on 6c who:
• lived with you
• didn't live with

0421-03   010   03   06050910

CC̲E̲  **Form 1040**   Department of the Treasury–Internal Revenue Service
**U.S. Individual Income Tax Return 1988**

For the year January–December 31, 1988, or other tax year beginning _____, 1988, ending _____, 19 _____     OMB No. 1545-0074

| Your first name and initial (if joint return, also give spouse's name and initial) | Last name | Your social security number |
|---|---|---|
| WILLIAM T & ELIZABETH S | TOWLES | ███████6528 |

| Present home address | Spouse's social security no. |
|---|---|
| 3400 PACES FOREST RD NW | ███████3831 |

| City, town or post office, state and ZIP code | For Privacy Act and Paperwork Reduction Act Notice, see Instructions. |
|---|---|
| ATLANTA   GEORGIA   30327 | |

TOWL

**Presidential Election Campaign**
Do you want $1 to go to this fund? . . . . . . . . . . . . . . .   Yes ☐   No ☐
If joint return, does your spouse want $1 to go to this fund? . . .   Yes ☐   No ☐

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and full name here. _____
4 ☐ Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here. _____
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 7 of Instructions.)

**Exemptions**

(See Instructions on page 8.)

6a ☒ Yourself   If someone (such as your parent) can claim you as a dependent, do not check box 6a. But be sure to check the box on line 33b on page 2.
6b ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1988 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
● lived with ___
● didn't live with you due to divorce or separation ___

If more than 6