

ENTERED
07/18/2007

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Lance McFaddin and      §    Case No. __89-00323__
       Anne Lamb McFaddin      §
                                  §
           Debtors                §

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS # 6

This matter comes before the Court upon the motion of Federal Deposit Insurance Corporation ("FDIC") Creditor, seeking an entry of an order authorizing payment of unclaimed funds.

It appearing to the Court that the said Creditor is entitled to receive payment of the dividends, and that said funds are now on deposit in the Registry of the Court or the United States Treasury,

**IT IS ORDERED** that the Clerk of the Court pay __$2,280.34__ to the order of FDIC and mail the payment to:

> FDIC
> Attn: Gary R. Belair
> 1910 Pacific Av.
> Dallas, TX. 75201

Dated: __7-17-07__

United States Bankruptcy Judge
Southern District of Texas